**FORM B6A (Official Form 6A) (12/07)**

In re **Davis, Anthony Christopher and Davis, Ellen Rene**_____ ,      Case No._____
_____Debtor(s)_____                                                          (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residence at 103 W. Ann St., 1 story, ranch, 3 bedrooms, 1 bath,  lots 1 & 2 and 2 1/2 car attached garage. | Fee Simple | W | $ 78,270.00 | $ 78,270.00 |
| | | | **TOTAL $** 78,270.00 | |

No continuation sheets attached

**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re **Davis, Anthony Christopher and Davis, Ellen Rene** ,   Case No. _____

Debtor(s)   (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking at MidAmerica Bank* Location: In debtor's possession | W | $ 200.00 |
| | | *Checking at 1st Federal Bank* Location: In debtor's possession | H | $ 100.00 |
| | | *Checking at Farmers and Merchants Bank* Location: In debtor's possession | J | $ 10.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Household Goods* Location: In debtor's possession | J | $ 1,495.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | *Wearing Apparel* Location: In debtor's possession | J | $ 100.00 |
| 7.  Furs and jewelry. | | *Costume Jewerly* Location: In debtor's possession | J | $ 25.00 |
| | | *Gold band and Diamond Solitaire* Location: In debtor's possession | J | $ 500.00 |

Page __1__ of __4__

B6B (Official Form 6B) (12/07)

In re **Davis, Anthony Christopher and Davis, Ellen Rene**              ,          Case No. _____
                                    Debtor(s)                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | *2 Riding Mower* Location: In debtor's possession | J | $ 200.00 |
| | | *Bass boat* Location: In debtor's possession | J | $ 200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *403B* Location: In debtor's possession | H | $ 4,102.16 |
| | | *403B with TRS* Location: In debtor's possession | H | $ 16,566.97 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Page ___2___ of ___4___

B6B (Official Form 6B) (12/07)

In re **Davis, Anthony Christopher and Davis, Ellen Rene** ,    Case No. _____
        Debtor(s)                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2001 Jeep Cherokee, excellent condtion with 75,000 miles*<br>*Location: In debtor's possession* | J | $ 8,000.00 |
| | | *2003 Ford F250, excellent condtion with 28,000 miles*<br>*Location: In debtor's possession* | J | $ 14,650.00 |
| | | *2005 Sunnybrook 5th Wheel Trailer*<br>*Location: In debtor's possession* | J | $ 18,740.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Page __3__ of __4__

B6B (Official Form 6B) (12/07)

In re **_Davis, Anthony Christopher and Davis, Ellen Rene_** ,   Case No. _____
　　　　　　　 Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　 (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total ➡** | **$ 64,889.13** |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (12/07)

In re **Davis, Anthony Christopher and Davis, Ellen Rene**                ,        Case No. _____
                                    Debtor(s)                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Residence at 103 W. Ann St. Knoxville, IL | 735 ILCS 5/12-901 | $ 30,000.00 | $ 78,270.00 |
| Checking at MidAmerica Bank | 735 ILCS 5/12-1001(b) | $ 200.00 | $ 200.00 |
| Checking at 1st Federal Bank | 735 ILCS 5/12-1001(b) | $ 100.00 | $ 100.00 |
| Checking at Farmers and Merchants Bank | 735 ILCS 5/12-1001(b) | $ 10.00 | $ 10.00 |
| Household Goods | 735 ILCS 5/12-1001(b) | $ 1,495.00 | $ 1,495.00 |
| Wearing Apparel | 735 ILCS 5/12-1001(a) | $ 100.00 | $ 100.00 |
| Gold band and Diamond Solitaire | 735 ILCS 5/12-1001(b) | $ 500.00 | $ 500.00 |
| 2 Riding Mower | 735 ILCS 5/12-1001(b) | $ 200.00 | $ 200.00 |
| Bass boat | 735 ILCS 5/12-1001(b) | $ 200.00 | $ 200.00 |
| 403B | 735 ILCS 5/12-1006 | $ 4,102.16 | $ 4,102.16 |
| 403B with TRS | 735 ILCS 5/12-1006 | $ 16,566.97 | $ 16,566.97 |
| 2001 Jeep Cherokee | 735 ILCS 5/12-1001(c) | $ 4,600.00 | $ 8,000.00 |

B6D (Official Form 6D) (12/07)

In re *Davis, Anthony Christopher and Davis, Ellen Rene*_____,          Case No._____
                              **Debtor(s)**                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *5035*<br>*Creditor # : 1*<br>*Bank o f the West*<br>*PO Box 4002*<br>*Concord CA 94524* | W | *10/2004*<br>*Jeep Loan*<br>*2001 Jeep Cherokee*<br><br>Value: *$ 8,000.00* | | | | *$ 10,000.00* | *$ 2,000.00* |
| Account No: *6047*<br>*Creditor # : 2*<br>*Bank of America*<br>*P.O. Box 21848*<br>*Greensboro NC 27420* | J | *11/2006*<br>*Mortgage*<br>*Residence at 103 W. Ann St. Knoxville, IL*<br><br>Value: *$ 78,270.00* | | | | *$ 79,000.00* | *$ 730.00* |
| Account No: *2155*<br>*Creditor # : 3*<br>*Farmers and Merchant Bank*<br>*PO Box 149*<br>*Bushnell IL 61422* | J | *04/2005*<br><br>*2005 Sunnybrook 5th Wheel Trailer*<br><br>Value: *$ 18,740.00* | | | | *$ 30,587.00* | *$ 11,847.00* |

_1_ continuation sheets attached

Subtotal $ *$ 119,587.00*    *$ 14,577.00*
(Total of this page)

Total $ _____
(Use only on last page)

(Report also on Summary of Schedules.)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re *Davis, Anthony Christopher and Davis, Ellen Rene*          ,    Case No._____
          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: *1300* <br><br> *Creditor # : 4* <br> *Mercantile Bank* <br> *440 Maine St.* <br> *Quincy IL 62306* | H | *03/2005* <br> *Truck loan* <br> *2003 Ford F250* <br><br> Value: *$ 14,650.00* | | | | *$ 21,300.00* | *$ 6,650.00* |
| Account No: | | <br><br><br> Value: | | | | | |
| Account No: | | <br><br><br> Value: | | | | | |
| Account No: | | <br><br><br> Value: | | | | | |
| Account No: | | <br><br><br> Value: | | | | | |
| Account No: | | <br><br><br> Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ <br> (Total of this page) | $ 21,300.00 | $ 6,650.00 |
| Total $ <br> (Use only on last page) | $ 140,887.00 | $ 21,227.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (12/07)

In re _Davis, Anthony Christopher and Davis, Ellen Rene_____,  Case No._____
            **Debtor(s)**                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Davis, Anthony Christopher and Davis, Ellen Rene_____ ,   Case No._____
                     **Debtor(s)**                                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   4826<br><br>Creditor # : 1<br>AT&T Universal Card<br>1500 Boltonfield St.<br>Columbus OH 43228 | | J | 2004<br>Credit Card Purchases | | | | $ 1,164.34 |
| Account No.   4539<br><br>Creditor # : 2<br>Bank of America<br>P.O. Box 15102<br>Wilmington DE 19886 | | J | 03/2006<br>Credit Card Purchases | | | | $ 16,200.32 |
| Account No.   5244<br><br>Creditor # : 3<br>Best Buy<br>PO Box 5244<br>Carol Stream IL 60197 | | J | 2004<br>Notice - Collection for Creditor | | | | $ 3,067.40 |
| Account No.   5244<br><br>Representing:<br>Best Buy | | | HSBC<br>PO Box 5244<br>Carol Stream IL 60197 | | | | |

_6_ continuation sheets attached

|  | Subtotal $ | $ 20,432.06 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re **_Davis, Anthony Christopher and Davis, Ellen Rene_**                    ,      Case No. _____
                   **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7799<br>Creditor # : 4<br>BP/CITI Oil<br>PO Box 15687<br>Wilmington DE 19850 | | J | 04/2007<br>*Credit Card Purchases* | | | | $ 171.99 |
| Account No:   7544<br>Creditor # : 5<br>Chase<br>P.O. Box 15153<br>Wilmington DE 19886 | | J | 03/2006<br>*Credit Card Purchases* | | | | $ 533.79 |
| Account No:   3421<br>Creditor # : 6<br>Chase<br>P.O. Box 15153<br>Wilmington DE 19886 | | J | 09/2006<br>*Credit Card Purchases* | | | | $ 1,269.11 |
| Account No:   8741<br>Creditor # : 7<br>Commerce Bank<br>720 Main St.<br>Kansas City MO 64105 | | J | *Credit Card Purchases* | | | | $ 3,095.77 |
| Account No:   0826<br>Creditor # : 8<br>Discover<br>P.O. Box 15316<br>Wilmington DE 19850 | | J | 1997<br>*Notice - Collection for Creditor* | | | | $ 1,315.19 |
| Account No:   0826<br><br>*Representing:*<br>*Discover* | | | *Zwicker and Associates*<br>*80 Minuteman Rd.*<br>*Andover MA 01810* | | | | |

Sheet No.   _1_  of   _6_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 6,385.85
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re <u>Davis, Anthony Christopher and Davis, Ellen Rene</u>,            Case No. _____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7591<br>Creditor # : 9<br>Exxon Mobil<br>PO  Box 4556<br>Carol Stream IL 60197-4556 | | J | 04/2007<br>*Credit Card Purchases* | | | | $ 397.33 |
| Account No:   2735<br>Creditor # : 10<br>Fashion Bug<br>P.O.Box 856021<br>Louisville KY 40285 | | J | 09/2006<br>*Credit Card Purchases* | | | | $ 921.16 |
| Account No:   4798<br>Creditor # : 11<br>First Financial Bank<br>PO Box 1200<br>N. Sioux City SD 57099-1200 | | J | 1996<br>*Credit Card Purchases* | | | | $ 4,242.65 |
| Account No:   7747<br>Creditor # : 12<br>Galesburg Clinic<br>3315 N. Seminary St.<br>Galesburg IL 61401 | | J | 05/*2007<br>*Medical  Bills* | | | | $ 278.80 |
| Account No:   9162<br>Creditor # : 13<br>Home Depot<br>Processing Center<br>Des Moines IA 50364 | | J | 04/2006<br>*Credit Card Purchases* | | | | $ 2,484.00 |
| Account No:   7192<br>Creditor # : 14<br>Home Depot<br>Processing Center<br>Des Moines IA 50364 | | J | 04/2006<br>*Credit Card Purchases* | | | | $ 1,131.38 |

Sheet No.  **2** of  **6** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 9,455.32

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Davis, Anthony Christopher and Davis, Ellen Rene_____ ,          Case No. _____

**Debtor(s)**                                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4347<br>Creditor # : 15<br>HSBC<br>PO Box 17051<br>Baltimore MD 21297 | | J | 04/2006<br>Credit Card Purchases | | | | $ 402.84 |
| Account No:   1671<br>Creditor # : 16<br>JC Penney<br>PO Box 960001<br>Orlando FL 32896 | | J | 2006<br>Credit Card Purchases | | | | $ 170.11 |
| Account No:   4118<br>Creditor # : 17<br>Leath Furniture<br>PO Box 960061<br>Orlando FL 32896 | | J | 03/2006<br>In Store Credit | | | | $ 3,585.63 |
| Account No:   3332<br>Creditor # : 18<br>Lowes<br>PO Box 105980 Dept 79<br>Atlanta  GA 30353-5980 | | J | 02/2006<br>Credit Card Purchases | | | | $ 258.06 |
| Account No:   1673<br>Creditor # : 19<br>Lowes<br>PO Box 960010<br>Orlando FL 32896 | | J | 02/2006<br>Credit Card Purchases | | | | $ 491.97 |
| Account No:   6568<br>Creditor # : 20<br>Macomb Medical<br>PO Box 374<br>Macomb IL 61455 | | J | 04/2006<br>Medical  Bills | | | | $ 189.23 |

Sheet No.   3  of   6  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 5,097.84

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Davis, Anthony Christopher and Davis, Ellen Rene_____ ,          Case No. _____
                          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0861<br><br>Creditor # : 21<br>Macy's<br>PO Box 4580<br>Carol Stream IL    60197-4580 | | J | 2005<br>Credit Card Purchases | | | | $ 613.75 |
| Account No:    2420<br><br>Creditor # : 22<br>Macy's<br>PO Box 4580<br>Carol Stream IL    60197-4580 | | J | 2005<br>Credit Card Purchases | | | | $ 468.61 |
| Account No:    3991<br><br>Creditor # : 23<br>Menards<br>PO Box 17602<br>Baltimore MD 21297 | | J | 2002<br>Credit Card Purchases | | | | $ 387.38 |
| Account No:    0317<br><br>Creditor # : 24<br>Methodist Medical Center<br>5000 Reliable Parkway<br>Chicago IL 60686 | | J | 04/2006<br>Notice - Collection for Creditor | | | | $ 1,703.07 |
| Account No:    0317<br><br>Representing:<br>Methodist Medical Center | | | Eagle Recovery<br>424 SW. Washington<br>Peoria IL 61602 | | | | |
| Account No:    0003<br><br>Creditor # : 25<br>Methodist Medical Center<br>5000 Reliable Parkway<br>Chicago IL 60686 | | J | 12/2006<br>Notice - Collection for Medical | | | | $ 1,043.90 |

Sheet No.   **4**  of   **6** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 4,216.71

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Davis, Anthony Christopher and Davis, Ellen Rene_____ ,      Case No. _____
                         **Debtor(s)**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   0003 *Representing:* Methodist Medical Center | | | CBE Group PO Box 2547 Waterloo IA 50704 | | | | |
| Account No.   0420 Creditor # : 26 Office Specialisat 143 E. Ferris Galesburg IL 61401 | | J | 12/2006 *Service* | | | | $ 259.23 |
| Account No.   8312 Creditor # : 27 OSF St. Mary's Hospital 3333 N. Seminary St Galesburg IL 61401 | | J | 05/2007 *Medical  Bills* | | | | $ 149.49 |
| Account No.   9713 Creditor # : 28 PayPal Pluse Credit Card PO Box 960080 Orlando FL 32896 | | J | 03/2006 *Credit Card Purchases* | | | | $ 568.49 |
| Account No.   5823 Creditor # : 29 Peoria Pulmonary Assoc 214 NE. Glen Oak Ave Peoria IL 61603 | | J | 04/2006 *Medical  Bills* | | | | $ 77.86 |
| Account No.   2115 Creditor # : 30 Phillips 66 PO Box 689060 Des Moines IA 50368 | | J | 03/2007 *Credit Card Purchases* | | | | $ 258.87 |

Sheet No.   5   of   6  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 1,313.94

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re **Davis, Anthony Christopher and Davis, Ellen Rene**                    ,          Case No. _____
            **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    6177 <br> Creditor # : 31 <br> Sallie Mae Servicing <br> P.O. Box 9500 <br> Wilkes Barre PA 18773-9500 | | J | Student loan | | | | $ 70,760.88 |
| Account No:    4321 <br> Creditor # : 32 <br> Sallie Mae Servicing <br> P.O. Box 9500 <br> Wilkes Barre PA 18773-9500 | | J | 06/2007 <br> Student Loan | | | | $ 88,927.55 |
| Account No:    6775 <br> Creditor # : 33 <br> Shell Credit Card <br> PO Box 183018 <br> Columbus OH 43218 | | J | 04/2007 <br> Credit Card Purchases | | | | $ 271.66 |
| Account No:    4899 <br> Creditor # : 34 <br> Wells Fargo <br> 1950 N. Henderson <br> Galesburg IL 61401 | | J | 03/2006 | | | | $ 908.00 |
| Account No:    5214 <br> Creditor # : 35 <br> Zales <br> P.O. Box 9025 <br> Des Moines  IA 50368-9025 | | J | 1998 <br> Credit Card Purchases | | | | $ 994.71 |
| Account No: | | | | | | | |

Sheet No.   6   of      6   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 161,862.80

Total $   $ 208,764.52

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6G (Official Form 6G) (12/07)

In re <u>**Davis, Anthony Christopher and Davis, Ellen Rene**</u>     / Debtor          Case No. _____

                                                                                                        (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Davis, Anthony Christopher and Davis, Ellen Rene**   / Debtor   Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re *Davis, Anthony Christopher and Davis, Ellen Rene*                    ,    Case No. _____
           **Debtor(s)**                                                                          **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Separated** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Teacher* | *Assistant Principal* |
| Name of Employer | *Bushnell Prairie City Schools* | *Knoxville CUSP 202* |
| How Long Employed | *9 Years* | *1 Year* |
| Address of Employer | *845 N Walnut*<br>*Bushnell IL  61422* | *300 E Main*<br>*Knoxville IL  61448* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 2,888.37 | $ 5,275.26 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 2,888.37 | $ 5,275.26 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 524.46 | $ 957.85 |
| b. Insurance | $ 135.04 | $ 75.55 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify):  *Teacher retirement* | $ 307.57 | $ 583.33 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 967.07 | $ 1,616.73 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,921.30 | $ 3,658.53 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME     (Add amounts shown on lines 6 and 14) | $ 1,921.30 | $ 3,658.53 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ 5,579.83 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re _Davis, Anthony Christopher and Davis, Ellen Rene_____,   Case No. _____
                **Debtor(s)**                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☒ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 300.00 |
|     a. Are real estate taxes included?  Yes ☐  No ☒ | | |
|     b. Is property insurance included?  Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 200.00 |
|     b. Water and sewer | $ | 0.00 |
|     c. Telephone | $ | 70.00 |
|     d. Other  *Cable and Internet* | $ | 70.00 |
|     Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 250.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 213.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 25.00 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 175.00 |
|     d. Auto | $ | 65.00 |
|     e. Other  *Pet Insurance* | $ | 0.00 |
|     Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12,  and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other: | $ | 0.00 |
|     c. Other: | $ | 0.00 |
|     d. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: | $ | 0.00 |
|     Other: | $ | 0.00 |
|     Other: | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 1,568.00 |

and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 16 of Schedule I | $ | 5,579.83 |
|     b. Average monthly expenses from Line 18 above | $ | 4,243.52 |
|     c. Monthly net income (a. minus b.) | $ | 1,336.31 |

B6J (Official Form 6J) (12/07)

In re _Davis, Anthony Christopher and Davis, Ellen Rene_____ ,          Case No. _____
                        **Debtor(s)**                                                                                           (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR'S SPOUSE

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 864.00 |
| a. Are real estate taxes included?    Yes ☒    No ☐ | | |
| b. Is property insurance included?    Yes ☒    No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 200.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 120.00 |
| d. Other    *Cable and Internet* | $ | 50.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 250.00 |
| 5. Clothing | $ | 49.52 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 213.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 130.00 |
| e. Other    *Pet Insurance* | $ | 40.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 309.00 |
| b. Other: | $ | 0.00 |
| c. Other: | $ | 0.00 |
| d. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 2,675.52 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME    **(For Total Monthly Net Income, see Line 20 on Debtor's Schedule J)** | | |
| a. Average monthly income from Line 16 of Schedule I | $ | |
| b. Average monthly expenses from Line 18 above | $ | |
| c. Monthly net income (a. minus b.) | $ | |