**IT IS SO ORDERED.**

**SIGNED THIS: October 01, 2008**

_____
**THOMAS L. PERKINS
UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE: ANTHONY CHRISTOPHER &         )
       ELLEN RENE DAVIS,             )
                                     )
Bank of America Mortgage,            )
              Creditor,              )    CASE NO. 08-80323
     vs.                             )    JUDGE Thomas L. Perkins
                                     )
ANTHONY CHRISTOPHER                  )
& ELLEN RENE DAVIS,                  )
              Debtors,               )
```

ORDER MODIFYING STAY

   THIS CAUSE COMING ON TO BE HEARD on the motion of Bank of America Mortgage, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

   IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Bank of America Mortgage and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 103 West Ann Street, Knoxville, IL.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

Any Claims and/or Stipulations filed by this Creditor are vacated.

Pierce and Associates, P.C.
Attorneys for Creditor
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
312-346-9088
PA No: 08-3548

###